Quennel T. Augusta
V.
Employees Of I.D.O.C. Et al Defendants

Jan. 29, 2017

Rule 14 And 15 Permission To withleave The Court

I Quennel T. Augusta Ask This Court For Permission To with leave The Court. Do To The No State Of Claim This Court Claim I Did not File in the Complaint Properly. Also That This Court says on This Case I Have no Constitutional Right to Grievances Well First I Will Address the Court that the "First" "Amendment" Gives me "Right" to "Petition" Of "Grievance" The Fact that The Jail has Chosen to Provide a Via Electronic means Does Implicate Constitutional Concerns Do to Due Process Violation Of a Denie Of a Copy To Prove my Civil Rights Case! As to The State a Claim Of Denie Of Visits were Stated in my Complaint That The Deputy Wesley McGruder And Sgt. Messamore were Giving me my Visits late Do to not telling me That I have a visit at a Particular time, Also I Stated That Deputy's were Forcing me to miss Skype visits that my Family Have Paid seven Dollars For Each visits, On Two Occasions The Jail Deputy's Fail to Release me From my Jail cell to Get my Visit Keith Winn is one Of the Deputy's who Force me to miss my visits And The Administrator Denie to Pay me Back my money For the Miss Visits. For miss Visits I State a Claim Of Human Rights, 14Th Amendment Of Priviledges And Due Process. These Denie Of Visits led to Motional Stress, DisRespect, And That my Family Does not Visit me Anymore on Skype visits ☹ My Kids Skype me Because They Stay out of town. I Also State a Claim Of Force use Of Communal Bathrooms Of the 8Th Amendment Cruel

Facts Theres no Privacy To the Toilet That sits Beside The T.v. And Seats where all Inmates sits To stare at You Or laugh at You as they see You Sitting on the Toilet, And Telling You How Stinky You are, The Administrator Gives You a Choice to use that Toilet Or Go to Your Room to lockDown For the Rest of the Day to use The Toilet, These are Cruel unusal Punishments. Also a Violation of the 14th Amendment of my Equal Protection. Also Do To The state of Claim Denial of Calls to state my Cases to my Attorney as of Being on 28 Hour lockDowns, That I needed to tell my lawyer I Have Found my witness For Him to call to Put on the witness list that was Part of my Freedom out of Jail. And a Denial of a Free call to call my Attorney when Im Indigent of Funds. This Denial of call For Attorney is a Due Process violation, Cruel unusal Punishment, Priviledge violation, Human Rights violation. when the ADministrator Denie me of a Free Also unrecorded Phone call to my Attorney This Force me To Continue my of 16 CF-7 on a Motion to suppress Illegally seize Evidence Do to me Getting The Information late to my Attorney, I Request a Phone call to the ADministrator Also a Grievance But were Denied He told me to use the Phone thats in my Pod which cost me money That I Didn't have at the time, Also to talk on a Recorded Phone that He sends To the state Attorney to use Against a Defendant. I Quennel T. Augusta ADvise to the court That Counsel has Appeared For the Defendant in order to Give The Defendants Notice. Quennel And counsel Has talk About These Claims on Jan. 18, 2017 At my Deposition For case Augusta v. Clague. Therefore This order of motion shall be Granted Do to Rule 15 And Good Cause; Also Rule 14. This Motion is Also For Dallas Charles

Pg.2    4:16-CV-04190    See Backside

1. Do To the state of Claim of Denie of Grievance shall be Granted.
2. Do to the state of Claim of the Alleged lack of sufficient Quantities of Food that lead to Not Enough Calories of 2700 hundred. Inmates are suppose to Get Daily. And Cold Food, Poorly Prepared Food, And The Fake meat which is Soy Meat supposely These are Human Rights Violation, Cruel unussal Punishment to Pre-Trial Detainee I Quennel Augusta is not convicted. The "Correctional" law Require Inmates To Have Three Hot meals with sufficient Quantity, see 730 ILCS 125/15 water: Food: The Warden of the Jail shall Furnish Each Prisoner Daily with Clean Water And serve Him Three Times a Day with "Wholesome" Food "Well" Cooked and in "sufficient" "Quantity". The Warden shall "Employ" "Suitable" Persons to Prepare and serve the Food For Prisoners, or Otherwise Provide Suitable Food service. The Administrator Fail to tell the County Board members of This being a Insufficient Jail is a state of Claim of Equal Protection of the 14th Amendment. Also Are Humane Rights I Quennel Augusta Ask this court to ADD This New state of Claims Also 730 ILCS 125/14 Removal in Case of Danger to Prisoners - Do to I Quennel Has been Paralyze From the waist Down Do to this Insufficient Jail of 28 Hour lockDown laying on a Flat Mat on Hard Cement The Administrator Fail to Move me To a Safe County Jail Knowing Im still in Pain with my Back. I Quennel Augusta Also Stated a Claim of The Knox County Jail Charging Pre-trial Detainee's 5 a Day To be in Jail, Also Did not Pay money Back From the Charges. I Have Now Found

And County, So Therefore I Quennel Augusta Beg This Court to ADD Knox County Board members back to my Complaint And state a Claim For Cruel unusual Punishment of taking money From Inmates of 25 Percent when are Family send us money For commissary. See 730 ILCS 125/5 Cost of Maintaining Prisoners - All Cost of "Maintaing Persons" "Committed" For "violations" of "Il. law" "Shall be the Responsibility" of the "County". Therefore I Quennel is Title to state this Claim of Cruel Unusal Punishment Also Prisoners Rights Violation, Equal Protection violation, Priviledge Violations By the Knox County Board For Charging us Inmates To Be in Jail when Its the "County" "Responsibility". These Charges Date Back to 2010, 2014, 2016, 2017, That I been Incarcerated In Knox County Jail. The Relief For All These Claims I Have File And new Claims Are In the Relief of 15$ Million Dollars Again I Tell this Court Quennel And Defendants Counsel For David Clague, lou Glossip, Has been Notified Personally as we talked About this on Jan. 18, 2017 11:00 A.M. At Deposition. So I Pray this Court Grant my motion of state of Claims And ADD Third Party's with lesue From the Court. These are 2011 Case laws I Quote You. Again I say Knox County Board Has made this Decision to Charge Inmates 5$ A Day Therefore They shall be ADDed Back into my Complaint. Also IF The Court May Please lett me ADD Claim of Amendment 13 Slavery Abolish Do to Paying Trustee Inmates Food of Extra Tray, Instead of money to there Account. This Court should Please Accept These Claims of Truth And Proof I Do Have. Please ADD Knox County Back on my Complaint Form and the Claim this Court Dismiss

Quennel T. Augusta                           | 16-4032
Knox County Sheriff's Department             |

Rule 14 Motion To with leave From The Court To ADD a Third Party's

I Quennel Augusta Ask This Court For with leave under Rule 14 To Add Two Partys And To Correct The court About Brian Brady. Brian Brady who this court Add as a Defendant is a Knox County Sheriff Detective, Not a Galesburg Police. I Also would like To ADD David Clague who is The Head Sheriff OF The sheriff Detectives. And like to ADD Kevin legate who is a Detective For Galesburg Police Department at 150 s. Broad st. Galesburg IL. David Clague is located at 152 s. Kellogg St. Galesburg IL. 61401. Kevin legate is Part of the Execution of the Defect search warrant Who also served me the warrant, And He is one of the Detectives who warrantlessly search my Trash sitting in my Front Yard waiting on The Trash man to collect it. So He violated my Expectation Of Privacy when they Testified There were no wholes in the Garbage And It was Tied Tight, so there were no Incriminating Evidence in Plain View without Rummage, which is a Galesburg IL. City ordinance saying Its Unlawful To Posess, Rummage, on Curbside Garbage or in The street or in the Yard. Also U.S. supreme court law on Open Field Plain view Doctrine. Therefore I state a Claim on Kevin legate For 4th Amendment And 5th Amendment Also 14th Amendment Violation. In Relief of 5 million. I State a Claim on David Clague 5 million on Allowing Brian Brady To Execute a Search warrant That was OutDated And Allow warrantless Rummage OF the Garbage without lawful Justification which violate my Due Process of Rights And 4th Amendment of unreasonable Search and Seize.

The Following Reasons THIS Civil Court Shall ADD The Sheriffs Of Knox County IL. Is Because Brian Brady were a Sheriff Detective at that time, And His Boss is David Clague who seem to Fail To Know His Detective were Executing a "Obvious" "Defect" search warrant Instead Of Replacing It with a Valid search warrant, Which The search warrant Command Brian Brady To Execute the search warrant, which he Fail To Execute Do to Given the search warrant to Galesburg IL. Police Officer Detective Shay which who Also should be ADDed To my Complaint And Kevin legate who Also Given me the search warrant with the "Obvious" Defects, That they Had the search warrant For a Few Days or may be weeks!! IF I Quennel Augusta Notice The Defects when It was Given to me Well why Didn't the Detectives Notice It?! Detective Shay shall be ADDed To the Complaint as well as Galesburg Polices who all search my House And Destroyed The Whole House on a "unconstitutional" "General" "search" "warrant" that stated no Particular Place to search, which I Quennel T. Augusta Pray This Court ADD This Complaint on the Case Docket as I Ask to with leave The Court. Also Accept my Complaint on a Illegal warrantless search on my Garbage That Sat on my Property Between my Curtilage And Terrace That The City Ordinance Did say "It is "unlawful" For "Any" "Person" To Possess, Rummage, Garbage That sits on the street, curb, Terrace, Yard, Also a U.S. Supreme Court law And Illinois law!! U.S. v. Sweeney Eugene 2016: People



Quenna Huovari
152 S. Kellogg St.

KNOX COUNTY LAW ENFORCEMENT CENTER
KNOX COUNTY JAIL
152 S. KELLOGG ST.
GALESBURG, IL 61401

PEORIA IL 615
02 FEB 2017 PM 1 L

RECEIVED
FEB 06 2017
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

LEGAL MAIL

U.S.D.C.
Room 203
211, 19TH Street
Rock Island IL. 61201

